CVB Scan 08/16/2013

## United States District Court
## Violation Notice

CVB Location Code: 05-10

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 3887487 | LIBERACKI | L4969 |

3887487

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☑ State Code |
|---|---|
| 12:04 a.m 07/16/2013 | ORC 4511.33 |

Place of Offense: Airway Rd adj. Cobb Dr

Offense Description: Factual Basis for Charge — HAZMAT ☐

Improper lane usage

SEATBELT: Yes INSURANCE: Yes

**DEFENDANT INFORMATION** Phone: (937) [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| Smith | Dustin | C |

Street Address: [redacted]

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Dayton | OH | 45406 | [redacted] 1983 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| RY741613 | | OH | [redacted] 3967 |

☑ Adult ☐ Juvenile | Sex ☑ Male ☐ Female | Hair: BLK | Eyes: Brown | Height: 5-06 | Weight: 160

**VEHICLE** VIN: 1G1JF524XT7290431 CMV ☐

| Tag No. | State | Year | Make/Model PASS ☐ | Color |
|---|---|---|---|---|
| FNU 1049 | OH | 96 | CHEV/CAV | RED |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☑ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 50 Forfeiture Amount

+ $25 Processing Fee

PAY THIS AMOUNT → $ 75 Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:

Date (mm/dd/yyyy):

Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: Refused Dustin Smith

(Rev. 01/2011) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 16 July, 20 13 while exercising my duties as a law enforcement officer in the Southern District of Ohio

I state that on 16 July 2013 while exercising my duties as a law enforcement officer in the Southern District of Ohio In Area B, PWF, WPAFB I observed a red in color Chevrolet Cavalier traveling West on Airway Rd. Adj. Cobb Dr. commit a marked lane violation by hitting the center marked lane five times in ¼ of a mile. I initiated a traffic stop and identified the driver as SMITH, DUSTIN C by his OH driver's license. Upon issuance of citation SMITH was extremely aggressive and argumentative and stated "I am going to rip up this ticket" I told SMITH "If you do not mail in the yellow copy in the envelope a warrant will be issued for your arrest" SMITH stated "I can't afford to pay for this ticket" I told SMITH "you have the option to send it in without payment and receive a court notice" SMITH stated "The only reason you want to give me this ticket is because I am African American" " I told Smith "No, I am issuing you this ticket because it is a violation of the Ohio Revised Code 4511.33" Smith signed for the ticket. I handed smith his copy with envelope and he proceeded to crumple the ticket and throw it in his back seat. The violator was cited and released

Base affiliation: NBC

Attitude of Violator: Extremely aggressive and argumentative

Weather condition: Clear, Humid

Road Condition: Dry

Witnesses: SrA McGrath

Pedestrians: None

Location of Stop: Airway Rd. Adj. Cobb Dr.

Distance traveled ¼ mile

Conditions that made violation more hazardous: None

The foregoing statement is based upon:

✓ my personal observation — my personal investigation

information supplied to me from my fellow officer's observation

other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/16/2013 — [signature]

Date (mm/dd/yyyy) — Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________________

Date (mm/dd/yyyy) — U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident